**Henry HALL, Appellant,**

v.

**LEAR CORPORATION; IAC Iowa City, LLC; Jeff Schense; Adam Marker, Appellees.**

No. 10–3509.

United States Court of Appeals, Eighth Circuit.

Submitted: March 1, 2011.

Filed: March 10, 2011.

Before BYE, ARNOLD, and SHEPHERD, Circuit Judges.

PER CURIAM.

Henry Hall appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination action. We conclude that the court properly granted summary judgment. First, Mr. Hall failed to exhaust his administrative remedies on his race-based hostile-work-environment claim, because his charge of discrimination addressed only retaliation, *see Bainbridge v. Loffredo Gardens, Inc.,* 378 F.3d 756, 760 (8th Cir.2004); and second, Mr. Hall's retaliation claim fails because he did not create a trialworthy issue on whether the alleged retaliation was causally connected to the protected activity in which he had engaged some three years earlier, *see Van Horn v. Best Buy Stores, L.P.,* 526 F.3d 1144, 1149 (8th Cir.2008).

1. The Honorable Charles R. Wolle, United States District Judge for the Southern District of Iowa.

Accordingly, we affirm. *See* 8th Cir. R. 47B.